# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

UNITED STATES OF AMERICA,

      Plaintiff,

v.

THOMAS THANH PHAM (1),

      Defendant.

### COURT MINUTES - CRIMINAL

| | |
|---|---|
| Case No: | 24-cr-178 (JNE/ECW) |
| Date: | June 23, 2025 |
| Court Reporter: | Maria Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time Commenced: | 11:13 a.m. |
| Time Concluded: | 11:50 a.m. |
| Time in Court: | 37 Minutes |

Before Joan N. Ericksen, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff:  Matthew S. Ebert and Rebecca Kline, Assistant U.S. Attorneys
For Defendant Thomas Than Pham (1):   Hillary B. Parsons, Retained

☐ Evidentiary Hearing (only select if witness list filed)
☒ Sentencing
☐ Hearing held on objections to the presentence report

IT IS ORDERED:

Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 3 | ☒ | ☐ | 84 months | | 3 years | | |

Said terms to run ☐ concurrently ☐ consecutively

☐ Special conditions of:

**See J&C for special conditions**

☒ Defendant sentenced to pay:

    ☒ Restitution in the amount of $2,924,000 to Victim Company A and $19,840 to RetailNext.
    ☒ Special assessment in the amount of $100 to be paid immediately.

☐ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☐ Execution of sentence of imprisonment suspended until .
☐ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☒ On Motion of the Gov't., Counts 1 and 2 of the indictment are dismissed as to this defendant only.
☐ Motion for departure is   ☐ granted   ☐ denied.
☒ Defendant remanded to the custody of the U.S. Marshal.

s/ CBC<br>
Signature of Courtroom Deputy